**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                    NO.  4:13CR00195-001  SWW

GREGORY O'NEAL DAVIS                                                  DEFENDANT

### ORDER

The above entitled cause came on for hearing March 1, 2017 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of the defendant and statements on the record, the Court found that defendant  has violated the conditions of his supervised  release without just cause.

IT IS THEREFORE  ORDERED  AND ADJUDGED that the government's motion to revoke [doc #43] is *granted* and the supervised release previously granted this defendant is hereby *revoked*.

IT IS FURTHER  ORDERED that defendant shall serve a term of imprisonment of *TWELVE (12) MONTHS + ONE (1) DAY*  in the custody of the Bureau of Prisons.  The Court recommends that defendant be incarcerated in Forrest City, Arkansas.

There will be *NO* term of supervised release following the term of incarceration.

The Court determined that the defendant is eligible to self report to the designated facility. The defendant is directed to report to the designated facility on *Monday, April 17, 2017 by noon*.

DATED this 8th day of March 2017.

/s/Susan    Webber    Wright
United States District Judge